In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-462 CR


 ______________________


 

NORMAN JOSEPH GORDON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 85199






MEMORANDUM OPINION


 We have before the Court a request from the appellant, Norman Joseph Gordon, to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and joined by counsel of record. No opinion has issued in this appeal. 
The motion is granted, and the appeal is therefore dismissed. 



 APPEAL DISMISSED. 



 DAVID GAULTNEY

 Justice 


Opinion Delivered January 16, 2008

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.